

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

FRANK L. McCALL, JR.                    CIVIL ACTION NO.1:08-cv-0019

     LA. DOC. #130746

VS.                                     SECTION P

PARISH OF WINN, ET AL.                  JUDGE DRELL
                                        MAGISTRATE JUDGE KIRK


### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

Plaintiff'S request for approval to file the instant complaint is hereby **DENIED** and the pleadings filed are hereby **STRICKEN.**

THUS DONE AND SIGNED, in chambers, in Alexandria, Louisiana, on this _____18_____ day of _____June_____, 20_08_.

 

_____

DEE D. DRELL
UNITED STATES DISTRICT JUDGE